IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BRITTON McKENZIE,

    Plaintiff,                      JUDGMENT IN A CIVIL CASE

v.                                      15-cv-116-bbc

PAUL MILBRATH,
KAREN BUTLER and JEFFERSON
COUNTY SHERIFF'S DEPT.,

    Defendants.

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case with prejudice.

| /s/ | 8/26/2015 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |